[No. 70943-7-I.   Division One.   November 24, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANCIS G. BATO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-06158-7, Timothy A. Bradshaw, J., entered September 20, 2013. *Affirmed* by unpublished per curiam opinion.

[Nos. 70951-8-I; 70952-6-I.   Division One.   November 24, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES EARL TUCKER, *Appellant*.

Appeals from a judgment of the Superior Court for King County, Nos. 10-1-03654-3 and 10-1-04247-1, Gregory P. Canova, J., entered September 10, 2013. *Remanded with instructions* by unpublished opinion per Appelwick, J., concurred in by Verellen, A.C.J., and Lau, J.

[No. 71014-1-I.   Division One.   November 24, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH PATRICK HAMMOND, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-06037-8, Mariane C. Spearman, J., entered October 1, 2013. *Affirmed* by unpublished opinion per Lau, J., concurred in by Verellen, A.C.J., and Appelwick, J.

[No. 71053-2-I.   Division One.   November 24, 2014.]

*In the Matter of the Marriage of* BRITTANY FROMBACH, *Appellant*, and DYLAN FROMBACH, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-3-03108-1, Brian D. Gain, J., entered October 7, 2013. *Affirmed* by unpublished opinion per Leach, J., concurred in by Becker and Dwyer, JJ.